ORIGINAL

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

THOMAS J. BRADY   #4472
Chief, Criminal Division

MARSHALL H. SILVERBERG   #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:  Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2017

at 11 o'clock and 45 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR17 00742 SOM |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | COUNT 1: 18 U.S.C. § 922(g)(5)(B) |
| MELVYN GEAR, | ) | |
| Defendant. | ) | |

**INDICTMENT**

## COUNT 1
(18 U.S.C. § 922(g)(5)(B))
(possession of a firearm by an alien)

The Grand Jury charges that:

On or about July 18, 2017, in the District of Hawaii, the defendant, MELVYN GEAR, then being an alien who had been admitted to the United States under a nonimmigrant visa, as that term is defined in section 101(a)(26) of the Immigration and Nationality Act (Title 8, United States Code, Section 1101(a)(26)), knowingly possessed in and affecting commerce a firearm, to wit, a Lithgow .22 rifle, model 12, serial number 21069, which had been manufactured in Australia and shipped and transported in foreign commerce from Australia to defendant GEAR in the United States.

All in violation of Title 18, United States Code, Section 922(g)(5)(B).

\   \

\   \

\   \

\   \

\   \

\   \

DATED: December 20, 2017, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Criminal Division

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

United States v. Melvyn Gear,   Cr. No.          "Indictment"

CR17 00742 SOM

3