KENJI PRICE #10523
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:   Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00742 SOM |
| | ) |
| Plaintiff, | ) CERTIFICATE OF COMPLIANCE |
| | ) PURSUANT TO LOCAL RULE 7.5(b) |
| vs. | ) REGARDING MEMORANDUM OF |
| | ) THE UNITED STATES  IN |
| MELVYN GEAR, | ) OPPOSITION TO THE DEFENDANT'S |
| | ) "MOTION FOR RECONSIDERATION |
| Defendant. | ) AND/OR FOR NEW TRIAL" (DKT. NO. |
| | ) 122); CERTIFICATE OF SERVICE |
| | ) |

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5(b) REGARDING MEMORANDUM OF THE UNITED STATES IN OPPOSITION TO THE DEFENDANT'S "MOTION FOR RECONSIDERATION AND/OR FOR NEW TRIAL" (DKT. NO. 122)**

I certify that, pursuant to Local Rule 7.5(b), the Memorandum of the United States in Opposition to the Defendant's "Motion For Reconsideration and/or for New Trial" (Dkt. No. 122) filed on August 21, 2019 is proportionately spaced, using the Times New Roman font, has a typeface of 14 points and contains 7,970 words.

DATED:   August 22, 2019, at Honolulu, Hawaii.

                                       Respectfully submitted,

                                       KENJI M. PRICE
                                       United States Attorney
                                       District of Hawaii

                                       By */s/ Marshall H. Silverberg*
                                          MARSHALL H. SILVERBERG
                                          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods noted below, a true and correct copy of the foregoing document was served to the following at their last known address:

Served electronically by CM/ECF:

    Gary Singh, Esq.
    Gary@garysinghlaw.com

    Clarence S.K. Kekina, Esq.
    clay@claykekinalaw.com

    Attorneys for Defendant
    MELVYN GEAR

    DATED: August 22, 2019, Honolulu, Hawaii.

    /s/ Janice Tsumoto
    U.S. Attorney's Office
    District of Hawaii