GARY G. SINGH 6543
700 Bishop Street, Suite 2000
Honolulu, Hawaii 96813
Tel: (808) 529-0626
Fax: (808) 529-0627
Email:gary@garysinghlaw.com

CLARENCE S. K. KEKINA 6170
1357 Beretania Street
Honolulu, Hawaii 96814
Tel:  (808) 892-9093
Email: clay@claykekinalaw.com
Attorneys for Defendant
MELVYN GEAR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00742-SOM |
|---|---|
| Plaintiff, | ) |
| | ) DEFENDANT MELVYN |
| | ) GEAR'S SENTENCING |
| vs. | ) STATEMENT; CERTIFICATE |
| | ) OF SERVICE |
| MELVYN GEAR, | ) |
| | ) Sentencing Date: 9/25/19 |
| Defendant. | ) Time: 1:30 p.m. |
| | ) Judge: Hon. Susan Oki |
| | )           Mollway |

## **DEFENDANT MELVYN GEAR'S SENTENCING STATEMENT**

Defendant Melvyn Gear, by and through his attorneys, Gary G. Singh and Clarence S. K. Kekina hereby submits this Sentencing Statement. Defendant Gear has no objection to or corrections to the factual statements in the Pre-sentence investigation report filed on August 22, 2019. Defendant Gear reserves the right to present arguments at the sentencing hearing for a downward variance to the recommended sentence.

If the Court is inclined to follow the recommended sentence then Defendant Gear requests that the Court permit his self-surrender 180 days or six months from the date of sentencing, to permit him to finish taking care of his business affairs including assisting employees finding alternative employment or to assist his wife and others keeping the business going and profitable such that no employees lose their jobs.

Defendant Gear has been out on a signature bond since his release at the outset of the case. Additionally, during the life of the

case he has been out of State and even out of Country and has not missed any Court dates and is clearly not a flight or other risk. It is in his best interests to surrender, and he will, as he has demonstrated, follow this Court's every order.

DATED:   Honolulu, Hawaii, September 24, 2019.

/s/   Clarence S. K. Kekina
_____
CLARENCE S. K. KEKINA
GARY G. SINGH
Attorneys for Defendant
MELVYN GEAR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00742-SOM |
|   Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| MELVYN GEAR, | ) |
|   Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the foregoing on the following parties by email, delivered as follows:

Served Electronically through CM/ECF:

MARSHALL H. SILVERBERG
Assistant U.S. Attorney
marshall.silverberg@usdoj.gov

Kevin S. Teruya
U.S. Probation Officer
Honolulu, HI 96850
kevin_teruya@hip.us.courts.gov

DATED:   Honolulu, Hawaii, September 24, 2019.

/s/   Clarence S. K. Kekina
_____
CLARENCE S. K. KEKINA
GARY G. SINGH
Attorneys for Defendant
MELVYN GEAR