# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00742SOM |
| CASE NAME: | USA vs. (1) Melvyn Gear |
| ATTYS FOR PLA: | Marshall H. Silverberg<br>Chris Kobayashi (HSI) |
| ATTYS FOR DEFT: | 01 Clarence S.K. Kekina<br>Kevin Teruya (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Gloria Bediamol |
| DATE: | 9/25/2019 | TIME: | 1:28 - 2:11<br>3:05 - 4:00 |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment -

Defendant (1) Mervyn Gear present.

Defendant has reviewed the PSR, and has no objection.
Discussion held re: Government's objection to the PSR.

Arguments.

The Court overrules the Government's objection.

Paragraph 54 amended to include $162,000 state court civil settlement as an asset.

Court stated the applicable guideline provisions.

Discussion held re: immigration consequences.
Court takes a recess in allow Mr. Kekina to speak with Gary Singh, and Mr. Silverberg to consult with his office.

3:04 p.m. -

Defendant (1) Mervyn Gear present.

Further discussion held.

Allocution by the defendant.

ADJUDGED:

Imprisonment: 15 Months.

Fine: $12,000.00. (Due and payable within 7 calendar days from entry of judgment).

Special Assessment: $100.00

No Supervised Release imposed.

Defendant advised of his right to appeal.

Mittimus stayed until 1/21/20 @ 10:00 a.m.
Defendant to self surrender 1/21/20 @ 10:00 a.m. at the facility designated by the BOP. The time is the time at the facility.

JUDICIAL RECOMMENDATION: Sheridan (Due to the existence of a Immigration Deportation Center and Proximity to Family)

Submitted by: Toni Fujinaga, Courtroom Manager.